IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLARENCE LLOYD CASTNER, | Case No. 8:24-cv-178 |
| Plaintiff, | |
| vs. | ORDER TO DISMISS |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THIS MATTER came before the Court upon Plaintiff's Motion to Dismiss. The Court, being fully advised, finds that an Order should issue.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED, that this lawsuit is dismissed, with prejudice, with each party to pay their own costs.

Dated this 30th day of August, 2024.

                                                                                                            s/ Joseph F. Bataillon  
                                                                                                            Senior United States District Judge